# United States Court of Appeals for the Federal Circuit

---

September 12, 2011
**ERRATA**

---

2006-1634, -1649

CLASSEN IMMUNOTHERAPIES, INC.,
Plaintiff-Appellant,

v.

BIOGEN IDEC,
Defendant-Appellee,

and

GLAXOSMITHKLINE,
Defendant-Appellee,

and

MERCK & CO., INC.,
Defendant-Cross Appellant,

and

CHIRON CORPORATION, KAISER-PERMANENTE, INC., KAISER PERMANENTE VENTURES, KAISER PERMANENTE INTERNATIONAL, KAISER PERMANENTE INSURANCE COMPANY, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE COMPANY, LLC, THE PERMANENTE FOUNDATION, THE PERMANENTE MEDICAL GROUP, INC., KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION ADDED CHOICE HEALTH PLAN, INC., and KAISER FOUNDATION HEALTH PLAN INC.,

Defendants.

—————————————

Decided August 31, 2011
Precedential Opinion

—————————————

Please make the following change:

Page 2, the following corrections

Donald R. Ware, Foley Hoag LLP, of Boston, Massachusetts, for defendant-appellee, Biogen IDEC.  With him on the brief were Barbara A. Fiacco and Jeremy A. Younkin. Of counsel were Joshua M. Hiller, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, Massachusetts, and David A. Wilson, of Washington, DC.